**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7390**

─────────────

KENNETH EARL BRYANT,

                           Petitioner - Appellant,

        versus

MIKE BUMGARNER,

                           Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  W. Earl Britt, Senior Dis-
trict Judge.  (CA-00-79-5-BR)

─────────────

Submitted:  February 28, 2001        Decided:  March 19, 2001

─────────────

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Richard Brooks Glazier, BEAVER, HOLT, RICHARDSON, STERNLICHT, BURGE
& GLAZIER, P.A., Fayetteville, North Carolina, for Appellant.
Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH
CAROLINA, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Earl Bryant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Bryant v. Bumgarner, No. CA-00-79-5-BR (E.D.N.C. Sept. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED